IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRENTISS MORRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-22-148-D |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green, recommending the denial of Petitioner's motion to proceed *in forma pauperis* (IFP) under 28 U.S.C. § 1915 and a dismissal of the action if Petitioner does not pay the $5.00 filing fee within 21 days of an order requiring payment. Petitioner has not filed a timely objection but, instead, has made a *pro se* filing [Doc. No. 6] that is liberally construed as a motion for an extension of time to make the required payment. The Court finds that Petitioner has waived further review of the recommended denial of IFP status. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The Court further finds that Petitioner's motion to extend the payment deadline should be granted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 5] is **ADOPTED** and Petitioner's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Extension of Time [Doc. No. 6] is **GRANTED**. Petitioner shall pay the $5.00 filing fee for this action, or show cause for nonpayment, within 30 days from the date of this Order.

**IT IS SO ORDERED** this 24th day of March, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge